**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-6106**

———————

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

AMBROSE WANRIN,

                              Defendant - Appellant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CR-93-464-JFM, CA-97-4041-JFM)

———————

Submitted:  May 17, 2001            Decided:  May 25, 2001

———————

Before WIDENER, NIEMEYER, and MICHAEL, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Ambrose Wanrin, Appellant Pro Se.  Robert Reeves Harding, Assistant
United States Attorney, Baltimore, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ambrose Wanrin appeals from the district court's order denying his motion to reopen the period during which he could appeal from the district court's April 3, 2000 order denying relief on his motion filed pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000). He asserted that he did not receive a copy of the order. Because Wanrin's motion to reopen was filed more than 180 days after the entry of the April 3, 2000 order, the district court lacked authority to reopen the appeal period. See Fed. R. App. P. 4(a)(6). Accordingly, we deny Wanrin's motion for permission to appeal the April 3, 2000 order, deny a certificate of appealability, and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2